**Dismissed and Memorandum Opinion filed February 23, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00870-CV

**O.A.O., Appellant**

**V.**

**R.S.O., Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-76763**

## MEMORANDUM  OPINION

This is an attempted appeal from a judgment signed October 13, 2020. No post-judgment motion was filed. Appellant's notice of appeal was filed December 21, 2020. The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of

appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On January 12, 2021, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Hassan.